AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Josiah Colt
Defendant

Case No.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Josiah Colt ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/09/2021

G. Michael Harvey 2021.01.09 16:56:13 -05'00'
*Issuing officer's signature*

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 9 January 2021 and the person was arrested on *(date)* 12 January 2021
at *(city and state)* Boise, Idaho .

Date: 22 January 2021

[signature]
*Arresting officer's signature*

Mike Nance
*Printed name and title*

# CRIMINAL COVERSHEET

DEFENDANT'S NAME: **Josiah Colt**

DEFENSE ATTORNEY:

Address:

Telephone No.:

INVESTIGATIVE AGENT: Special Agent Matthew Gano

Telephone No.:

AGENCY: Federal Bureau of Investigation – Washington Field Office

JUVENILE: No

PUBLIC or SEALED: Public

SERVICE TYPE: Warrant
(Summons or Warrant or Notice (if Superseding))

ISSUE: Yes

INTERPRETER: No

If YES, language:

CASE INFORMATION:
Criminal Complaint and Arrest Warrant Issued by United States Magistrate Judge G. Michael Harvey on 01/09/21

RELATED COMPLAINT:
CASE NUMBER:

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint or Perfected Citation**

Felony: **No**

Class A Misdemeanor: **Yes (Count 1)**

Class B or C Misdemeanor: **Yes (Count 2)**
(Petty Offense)

County of Offense: **Washington, D.C.**

Estimated Trial Time: **2 days**

| **STATUTE** (Title and Section(s)) | **COUNT/ FORFEITURE ALLEGATION** | **BRIEF DESCRIPTION** | **PENALTIES** (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. Sec. 1752(a)(1)** | **One** | **Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority** | **Not more than 1 year imprisonment; Up to a $100,000 fine; Not more than 1 year supervised release; Up to 5 years probation.** |
| **40 U.S.C. Sec. 5104(e)(2)** | **Two** | **Violent Entry and Disorderly Conduct on Capitol Grounds** | **Not more than 6 months imprisonment; Not more than a $5,000 fine; Not more than 1 year supervised release; Up to 5 years probation.** |

Date: January 13, 2020

Assistant U.S. Attorneys: **Elizabeth Elizabeth Aloi, D.C. USAO / Heather Patricco / Idaho USAO**

Telephone No.: **208-334-9121**

**STATEMENT OF FACTS**

Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2017. During that time, I have investigated corruption of local and federal officials, fraud against the government, bribery, threat to life cases, and violations of Color of Law and Civil Rights, as a part of the FBI Washington Field Office Public Corruption and Civil Rights program. I have prepared and assisted in the preparation of court orders and search warrant applications. Additionally, during the course of these and other investigations, I have conducted or participated in physical and electronic surveillance, assisted in the execution of search and arrest warrants, debriefed informants, interviewed witnesses and suspects, and reviewed other pertinent records. Through my training, education, and experience, I have become familiar with the efforts of persons involved in criminal activity to avoid detection by law enforcement. I am assisting in the investigation and prosecution of events which occurred at the United States Capitol on January 6, 2021.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate chamber.

With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there

Based on information I have reviewed, I estimate that between 2:00 p.m., and no later than 4:00 p.m., the defendant, Josiah Colt, entered the United States Capitol without authorization to do so. He was photographed hanging off a balcony and landing on the floor of the Senate chambers (Exhibit A).

In a video posted to Facebook and circulated widely on other social media platforms, the defendant claims he was the first person to sit in the House Speaker's chair and calls House Speaker Nancy Pelosi a traitor. The defendant appears to be mistaken as he was also photographed in the seat reserved for the vice president, and not Speaker Pelosi (Exhibit B).

According to public reporting, the defendant has admitted his involvement in the riots, and apologized for it. In a statement given to CBS2 News he stated: "I love America, I love the people, I didn't hurt anyone and I didn't cause any damage in the Chamber. I got caught up in the moment and when I saw the door to to [sic] the Chamber open, I walked in, hopped down, and sat on the chair. I said my peace then I helped a gentlemen get to safety that was injured then left."

Agents from the FBI's Washington Field Office conducted a telephonic interview with a relative of the defendant following submission of information to the FBI's online tip system. The relative confirmed that the individual in the aforementioned photographs hanging from the balcony and sitting in the vice president's seat is the defendant.

Based on the foregoing, your affiant submits that there is probable cause to believe that the Josiah Colt violated 18 U.S.C. § 1752(a)(1), which makes it a crime to knowingly enter or remain in any restricted building or grounds without lawful authority to do so.

     Based on the foregoing, your affiant submits that there is also probable cause to believe that Josiah Colt violated 40 U.S.C. § 5104(e)(2), which makes it a crime for an individual or group of individuals to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (E) obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings; (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings; or (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Special Agent Matthew J. Gano
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 9th day of January, 2021.

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

**EXHIBIT A**





Case 1:21-cr-00074-TFH   Document 7   Filed 01/15/21   Page 7 of 16

**EXHIBIT B**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSIAH COLT Defendant. | Case No. MJ21-382-S-REB<br>WAIVER OF PRELIMINARY HEARING |

I understand that I have been charged with an offense in a criminal complaint filed in this Court, or charged with violating the terms of probation or supervised release in a petition filed in this Court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P. 32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P. 5 or Fed.R.Crim.P. 32.1.

Date: 1/13/21 ____________________

Defendant

Date: 1/13/21 ____________________

Attorney's Signature

Charles F. Peterson
Printed Name of Attorney

Federal Defender Services of Idaho
702 W. Idaho Street, Suite 1000
Boise, ID 83702
208.331.5500

# UNITED STATES DISTRICT COURT
for the
District of Idaho

United States of America
v.
Josiah Colt
*Defendant*

Case No. 0976 1:21-00382M-001

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

JC (1) The defendant must not violate federal, state, or local law while on release.

JC (2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

JC (3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

JC (4) The defendant must appear in court as required and, if convicted, must surrender as directed by U.S. Probation to serve a sentence that the court may impose.

The defendant must appear at: Virtually before Magistrate Judge G. Michael Harvey (Washington D.C.)
*Place*

on January 19, 2021 at 1 p.m. (EST)
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (as modified by the District of Idaho - Rev. 11/20) Additional Conditions of Release

DEFENDANT: Josiah Colt

## ADDITIONAL CONDITIONS OF RELEASE

6. The defendant must submit to supervision by and report for supervision to Pretrial Services as directed.

7. The defendant must continue or actively seek employment.

8. The defendant must surrender any passport to Pretrial Services.

9. The defendant must not obtain a passport or other international travel document.

10. The defendant must abide by the following restrictions on personal association, residence or travel. The defendant's travel shall be restricted to: District of Idaho and the District of Columbia for travel previously approved by the pretrial services officer to attend Court hearings, including the travel to and from each District.

11. The defendant must avoid all contact, directly or indirectly, with any person who is known to be a victim or witness in the investigation or prosecution.

12. The defendant must not possess a firearm, destructive device, or other weapon.

13. The defendant must not use alcohol at all.

14. The defendant may not frequent establishments where alcohol is the primary item of sale.

15. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

16. The defendant must participate in one of the following location restrictions and comply with its requirements as directed:
    a) Curfew – The defendant is restricted to his/her residence every day as directed by the Pretrial Services officer or supervising officer.

17. The defendant must submit to location monitoring technology as directed by the Pretrial Services office or supervising officer and comply with all of the program requirements and instructions provided. The defendant must pay all of or part of the costs of the program based upon his/her ability to pay as determined by the Pretrial Services office or supervising officer.

18. The defendant must report as soon as possible to the Pretrial Services officer or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

19. The defendant must maintain current residence and shall not move or change residences without prior approval of the Pretrial Services officer.

20. The defendant shall have no contact with any persons known to be engaged in criminal activity, or who are using or possessing any controlled substances.

21. The defendant must adhere to and comply with all federal, state, and local laws, orders, rules, and the like regarding social distancing and self-isolation and protocols regarding COVID-19 including, but not limited to, Idaho's Reopening Plan and the orders of the court.

22. The defendant shall remain at least 1,000 feet away from the Idaho State Capitol Building located at 700 W. Jefferson Street in Boise, Idaho, and at least 1,000 feet away from the James A. McClure Federal Building located at 550 W. Fort Street, Boise, Idaho.

23.

AO 199C (as modified by the District of Idaho - Rev. 11/20) Advice of Penalties

DEFENDANT: Josiah Colt

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Josiah Colt

*Defendant's Signature*

Boise, ID 1/13/21

*City and State*

### Directions to the United States Marshal

( ☑ ) The defendant is ORDERED released after processing.

( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: January 13, 2021

*Judicial Officer's Signature*

Ronald E. Bush, Chief United States Magistrate Judge

*Printed name and title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**JOSIAH COLT,**<br>**Defendant,** | **Case No. MS 21-382-S-REB**<br>**Charging District's Case No. 21-MJ-21**<br>**COMMITMENT TO ANOTHER DISTRICT** |

The defendant has been ordered to appear before the United States District Court for the District of Columbia via video on January 19, 2021 at 1 p.m. (EST) before the Honorable G. Michael Harvey.

The defendant is requesting court-appointed counsel.

The defendant appeared in Boise, Idaho for his initial appearance. He elected to waive his right to an identity hearing, production of the warrant, and preliminary hearing. The government did not seek detention and the defendant was released pending further proceedings on conditions.

The clerk of this district shall promptly transmit the papers to the charging district.

UNITED STATES COURTS DISTRICT OF IDAHO

Dated: January 15, 2021

Honorable Ronald E. Bush
United States Magistrate Judge

TERMED

# U.S. District Court
# District of Idaho (LIVE Database) Version 6.3 (Boise - Southern)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-00382-REB All Defendants

Case title: USA v. Colt
Other court case number: 21-mj-21 District of Columbia

Date Filed: 01/12/2021
Date Terminated: 01/15/2021

---

Assigned to: Judge Ronald E. Bush

**Defendant (1)**

**Josiah Colt**
*TERMINATED: 01/15/2021*

represented by **Charles F Peterson , Jr**
Federal Defender Services of Idaho
702 West Idaho Street, Ste. 1000
Boise, ID 83702
(208) 331-5500
Fax: 1-208-331-5525
Email: chuck_peterson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**

represented by **Heather Patricco**
United States Attorney's office
1290 West Myrtle Street, Suite 500
Boise, ID 83702

208-334-1211
Email: Heather.Patricco@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2021 | 1 | Rule 5(c)(3) Documents Received as to Josiah Colt (Notice sent to USP & USM) (Attachments: # 1 Arrest Warrant) (km) (Additional attachment(s) added on 1/12/2021: # 2 Service Information Sheet) (km). |
| 01/12/2021 | 2 | DOCKET TEXT NOTICE OF *VIDEO HEARING as to Josiah Colt (Notice sent to USP & USM) Video Initial Appearance - Rule 5(c)(3) set for 1/13/2021 11:15 AM via Video - Boise to Other location (Mountain Time) before Judge Ronald E. Bush. *Instructions: Counsel shall be sent a separate Video Link. Please send any documents for the Court's review to the Courtroom deputy, prior to this hearing. Public may listen via Audio at 1-669-254-5252 Meeting ID: 161 752 6320 Password: 367165. Persons granted remote access to proceedings are reminded of the general prohibition under federal law and Local Rule 83.1 against photographing, recording, and rebroadcasting of court proceedings.(jh) |
| 01/12/2021 | 3 | Criminal Cover Sheet re 1 Rule 5(c)(3) Documents Received (km) (Main Document 3 replaced on 1/12/2021 with correct PDF document) (km). |
| 01/13/2021 | 4 | Minute Entry for proceedings held before Judge Ronald E. Bush:Initial Appearance in Rule 5(c)(3) Proceedings as to Josiah Colt held on 1/13/2021 (Notice sent to USP & USM) (Court Reporter/ESR jh.) Audio File Location via Zoom. (jh) |
| 01/13/2021 | 5 | DOCKET ENTRY ORDER APPOINTING FEDERAL DEFENDER: as to Josiah Colt. On the basis of the sworn financial affidavit, the Court finds Defendant is financially unable to retain counsel. It is hereby ORDERED that the Federal Defender Services of Idaho is hereby appointed to represent Defendant in these proceedings pursuant to Title 18 United States Code 3006A. IT IS FURTHER ORDERED that the Federal Defender shall immediately notify the Clerk's Office of any conflict of interest or inability to continue this appointment. Signed by Judge Ronald E. Bush.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jh) |
| 01/13/2021 | 6 | WAIVER of Preliminary Hearing by Josiah Colt (alw) |
| 01/13/2021 | 7 | CJA 23 Financial Affidavit by Josiah Colt (alw) |
| 01/13/2021 | 8 | ORDER Setting Conditions of Release (Notice sent to USP & USM). Signed by Judge Ronald E. Bush.(alw) (Main Document 8 replaced on 1/13/2021) (alw). (Main Document 8 replaced on 1/14/2021) (alw). |
| 01/14/2021 | | Surrender of Passport as to Josiah Colt; Passport Number 552258864 issued by USA (Notice sent to USP) (kt) |
| 01/15/2021 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Josiah Colt. Defendant committed to District of District of Columbia Case No. 21-mj-21. (Notice sent to USP & USM). Signed by Judge Ronald E. Bush.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jd) |
| 01/15/2021 | 11 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Josiah Colt. Your case number is: 21-mj-21. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number link. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_IDD@id.uscourts.gov. If you wish to designate a different email |

| | | |
|---|---|---|
| | | address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (jd) Modified on 1/15/2021 (jd). Emailed dkt. 9 (Ex Parte) Minute Entry Order to District of Columbia at InterDistrictTransfer_DCD <InterDistrictTransfer_DCD@dcd.uscourts.gov> |
| 01/15/2021 | 12 | NOTICE OF ATTORNEY APPEARANCE: Charles F Peterson, Jr appearing for Josiah Colt (Notice sent to USM) (Peterson, Charles) |
| 01/21/2021 | | Return of Passport as to Josiah Colt; Passport Number 552258864 issued by USA. Passport returned to Defendant (Notice sent to USP) (alw) |

---

**PACER Service Center**

**Transaction Receipt**

01/26/2021 11:02:13

| | | | |
|---|---|---|---|
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mj-00382-REB |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**