**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term
Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 21-MJ-21** |
| | : | |
| v. | : | |
| | : | |
| **JOSIAH COLT,** | : | **VIOLATIONS:** |
|          **Defendant.** | : | |
| | : | **18 U.S.C. § 1512(c)(2)** |
| | : | **(Obstruction)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |
| | : | **18 U.S.C. § 1752(a)(1) (Entering and** |
| | : | **Remaining in a Restricted Building)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Violent Entry and Disorderly Conduct in a** |
| | : | **Capitol Building)** |
| | : | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about the January 6, 2021, in the District of Columbia and elsewhere, the defendant,

**JOSIAH COLT**, attempted to and did, corruptly obstruct, influence, and impede an official

proceeding, that is, a proceeding before Congress, by entering and remaining in the United States

Capitol without authority and participating in disruptive behavior.

**(Obstruction of an Official Proceeding, and Aiding and Abetting in violation of Title 18,**
**United States Code, Section 1512(c)(2) and 2)**

**COUNT TWO**

On or about January 6, 2021, in the District of Columbia, the defendant, **JOSIAH COLT**,

did unlawfully and knowingly enter and remain in a restricted building and grounds, that is any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(1))**

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, the defendant, **JOSIAH COLT**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, Section 1752(a)(2))**

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, the defendant, **JOSIAH COLT**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct in that building of a hearing before and any deliberation of, a committee of Congress and either House of Congress.

**(Violent Entry and Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(D))**

A TRUE BILL:


FOREPERSON


_Michael R. Sherwin / JES_
_____
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

3