# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.           : | Crim No. 21-CR-74 (TFH) |
| : | |
| **JOSIAH COLT,**    : | |
| : | |
| **Defendant.**   : | |

## CONSENT MOTION TO CONTINUE STATUS HEARING
## AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully moves this Court to continue the status hearing currently scheduled for July 14, 2021, for approximately one week and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from July 14, 2021, until the date of the next status hearing in this case, to be determined by the Court. In support whereof, the government states as follows:

1. The parties are continuing to discuss potential resolution of this case short of trial. The parties presently have no business to bring to the Court's attention.

2. Counsel for the defendant has stated that the defendant consents to a short continuance so that discussions may continue.

3. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from July 14, 2021, until the date of the next status hearing in this case, to be determined by the Court. This additional period is necessary to allow the parties to engage in discussions regarding possible resolutions of the case. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the Defendant in a speedy trial.

                        Respectfully submitted,

                        CHANNING D. PHILLIPS
                        Acting United States Attorney
                        D.C. Bar No. 415793

By:     /s/ *Elizabeth Aloi*
                        Elizabeth Aloi, N.Y. Bar No.  4457651
                        Assistant United States Attorney
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 252-7212 (Aloi)
                        Fax: (202) 514-6010
                        Elizabeth.Aloi@usdoj.gov