UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No. 21-cr-74 (TFH) |
| **JOSIAH COLT,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

The United States, by and through the United States Attorney for the District of Columbia, and counsel for the defendant, Josiah Colt, hereby provide the Court with the below status update in regards to this case:

1. The defendant pleaded guilty to Count One of the Indictment in the above-captioned matter on July 26, 2021, pursuant to a cooperation agreement.

2. Since that time, the parties have agreed to continue sentencing in this matter to allow the defendant the opportunity to cooperate fully, including through potential testimony at trial.

3. On June 27, 2022, one of the defendant's co-conspirators, Nathaniel DeGrave, pleaded guilty to two counts of the Superseding Indictment in criminal number 21-cr-88, before Judge Friedrich, pursuant to a cooperation agreement.

4. Last week, the defendant's other co-conspirator, Ronald Sandlin, advised of his intent to plead guilty as well. The parties expect that Mr. Sandlin's plea hearing will go forward on September 16, 2022, also before Judge Friedrich.

5. If and when Mr. Sandlin pleads guilty, the parties expect to request that a Pre-Sentence Investigation Report be completed by Pretrial Services and for a sentencing

hearing to be set in this matter for some time after the sentencing of Mssrs. Sandlin and DeGrave.

6. Accordingly, the parties request that the status hearing in this matter remain on the calendar for December 14, 2022, with the possibility of converting that hearing to a sentencing hearing.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By: */s/ Jessica Arco*
    Jessica Arco
    Trial Attorney - Detailee
    D.C. Bar No. 1035204
    601 D Street NW
    Washington, DC 20530
    Jessica.arco@usdoj.gov
    (202) 514-3204

By: /s/ Mark J. Ackley
    Mark J. Ackley
    Federal Defender Services of Idaho
    702 West Idaho Street, Suite 1000
    Boise, ID 83702
    208-331-5500
    mark_ackley@fd.org