Nicole Owens
FEDERAL PUBLIC DEFENDER
Mark Ackley
First Assistant
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
JOSIAH COLT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | ) | 1:21-cr-00074-DLF |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | MOTION FOR LEAVE TO FILE |
| | ) | DOCUMENT UNDER SEAL |
| vs. | ) | |
| | ) | |
| JOSIAH COLT, | ) | (Filed Under Seal) |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOSIAH COLT, by and through his attorney of record, Mark Ackley, for the Federal Defender Services of Idaho, pursuant to Federal Rule of Criminal Procedure 49.1(d), hereby moves this honorable Court for an order sealing Defendant's Sentencing Memorandum, submitted concurrently with the filing of this motion. The basis for the motion is that the sentencing memorandum contains personally identifying and sensitive information that, in an

abundance of caution, should not be subject to public disclosure. The defense further requests that the Court order that this motion and its order also be filed under seal.

Dated: May 3, 2023

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:

/s/ Mark Ackley
Mark Ackley
First Assistant
Federal Defender Services of Idaho
Attorneys for Defendant
JOSIAH COLT