Nicole Owens
FEDERAL PUBLIC DEFENDER
Mark Ackley
First Assistant
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
JOSIAH COLT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>  Plaintiff, )<br> )<br> vs. )<br> )<br> JOSIAH COLT, )<br> )<br>  Defendant. )<br> ) | | 1:21-cr-00074-DLF<br><br>PROPOSED REDACTIONS TO<br>SENTENCING MEMORANDUM<br><br>(Filed Under Seal) |

JOSIAH COLT, by and through his attorney of record, Mark Ackley, for the Federal Defender Services of Idaho, pursuant to the Court's order dated May 4, 2023, hereby submits a proposed redacted version of the sentencing memorandum to be placed on the public docket. The redacted information contains personally identifying and sensitive information that should not be

subject to public disclosure. The defense further requests that the Court order that this motion and its order also be filed under seal.

| | |
|---|---|
| Dated: May 5, 2023 | Respectfully submitted,<br>NICOLE OWENS<br>FEDERAL PUBLIC DEFENDER<br>By:<br><br>/s/ Mark Ackley<br>Mark Ackley<br>First Assistant<br>Federal Defender Services of Idaho<br>Attorneys for Defendant<br>JOSIAH COLT |